UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF:                                    DISCIPLINARY PROCEEDINGS
   Lisa Biron, NH Bar #18908                       1:12-adr-00012-JL
   Date Admitted to USDC Bar: 11/05/2008

ORDER OF SUSPENSION

On December 10, 2012, this court received a certified copy of an order from the New Hampshire Supreme Court indicating that, in order to protect the public and preserve the integrity of the legal profession, Lisa Biron agreed to an immediate interim suspension from the practice of law in the State of New Hampshire.

On December 11, 2012, an order to show cause why reciprocal action should not be taken by this court was issued via certified mail. The return receipt indicates the respondent received the order on December 12, 2012.

The respondent did not respond within thirty days of receipt, as required by the order. In accordance with Local Rule 83.5, DR-3, Lisa Biron is hereby suspended from the practice of law in the United States District Court for the District of New Hampshire.

SO ORDERED.

Dated: January 18, 2013

                                              Chief Judge Joseph N. Laplante

cc:    Lisa Biron
        c/o James H. Moir
        Moir & Rabinowitz PLLC
        5 Green St
        Concord, NH 03301

        Clerk, US Court of Appeals for the First Circuit
        Clerk, US Bankruptcy Court for the District of New Hampshire
        ABA Data Bank