**American Bar Association**

## NATIONAL LAWYER REGULATORY DATA BANK

# Thank you for your submission.
# Please take note of your reference number:
# (# E110791)

All Data Bank forms must be accompanied by a court order.
If you are not electronically submitting an accompanying court order with this Data Bank form,
please print out this receipt and attach it to the print copy of the order that you mail to us.
If you have any questions please call the Data Bank Attorney at (312)988-5290.

**American Bar Association**
**Center for Professional Responsibility**
**321 North Clark Street, M-S 15.2**
**Chicago IL 60610-4714**
**312-988-5290**
**nlrdb@abanet.org**

## Your Submission

| Name | |
|---|---|
| Last Name | BIRON |
| First Name | LISA |
| Middle Name | |
| Gender | |
| Birthdate | |
| ISLN | |
| Social Security Number | N/A |

| Other name | |
|---|---|

| Address | |
|---|---|
| Address | 5 GREEN ST |
| City | CONCORD |
| State | NH |
| Zip | 03301 |
| Country | USA |

| Former Address | |
|---|---|
| Address | 45 BAY ST |
| City | MANCHESTER |
| State | NH |
| Zip | 03104 |
| Country | USA |

| Jurisdictions Admitted to Practice | | |
|---|---|---|
| Jurisdiction | Registration or Bar Number | Admission Date |
| J149 - NH US DST CRT | 18908 | 11/05/2008 |

| CPR ID : E110791 | Constit ID: 100020782 | |
|---|---|---|
| Order Number | 12-adr-12-JL | |
| Jurisdiction Imposing Regulatory action | J149 - NH US DST CRT | |
| Order Date | 01/18/2013 | |
| Effective Date | 01/18/2013 | |

National Lawyer Regulatory Data Bank

## Sanction

| Description | Years | Month | Days | Hours | Amount | Comment |
|---|---|---|---|---|---|---|
| D435-RECIPROCAL SUSPENSION | | | | | | indefinite |

## Disclaimer

The National Lawyer Regulatory Data Bank ("NLRDB") contains information relating to public regulatory actions taken against lawyers throughout the United States in state and federal jurisdictions. The information is voluntarily forwarded to the American Bar Association ("ABA") Center for Professional Responsibility for inclusion in the NLRDB by reporting authorities designated by the highest court of each jurisdiction and by participating federal courts and agencies. No information forwarded from any unauthorized source is used. The information reflects only public, not private, regulatory actions. Because of the voluntary nature of this service, the NLRDB makes no claim that its records represent every public regulatory action taken and reinstatement issued. An inquirer should verify the current status of the lawyer with the originating jurisdiction before relying upon the information furnished. The ABA cannot ensure that matches between names requested by an inquirer and ABA lawyer records are indeed the same lawyers; the inquirer must make that independent determination.

Please note that information in the NLRDB is private and **must not** be forwarded to other persons, entities, agencies or jurisdictions. Forwarding NLRDB information to any party other than the ABA constitutes an unauthorized use of the personal information contained in the NLRDB. If you have any questions, please contact the NLRDB Attorney at 312/988-5290.