UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF:                                          DISCIPLINARY PROCEEDINGS
    Lisa Biron, NH Bar #18908                          1:12-adr-00012-JL
    Date Admitted to USDC Bar: 11/05/2008

SHOW CAUSE ORDER
DISCIPLINE IMPOSED BY OTHER COURTS

    The court has received a certified copy of an order from the New Hampshire Supreme Court providing that, in order to protect the public and preserve the integrity of the legal profession, Lisa Biron has been disbarred from the practice of law in the State of New Hampshire due to convictions for serious crimes as defined by Rule 37(9) of the New Hampshire Supreme Court.

    Pursuant to the provisions of Local Rule 83.5, DR-3, the respondent-attorney is ordered to show cause, if any, why this court should not impose an identical order. The response should specifically address the elements listed in DR-3(d) and must be filed within thirty (30) days of the service of this order.

    The Clerk is herewith directed to serve upon the respondent-attorney, via certified mail, return receipt requested, a copy of this show cause order and of the order received from the New Hampshire Supreme Court.

SO ORDERED.

Dated: June 5, 2015

                                                             Chief Judge Joseph N. Laplante

cc:    Lisa Biron
        Federal Medical Center - Carswell
        Inmate #12775-049
        P.O. Box 27137
        Fort Worth, TX 76127