**Lisa A. Biron**
Reg. # 12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127

U.S. DISTRICT COURT
DISTRICT OF N.H
FILED

2015 JUN 29  P 12: 14

Clerk of Court                                   June 24, 2015
U.S. District Court
55 Pleasant Street, Room 110
Concord, NH 03301-3941

Re: In the Matter of Lisa Biron, NH Bar # 18908, 1:12-adr-00012-JL

Dear Clerk:

I received the Court's Order to Show Cause on 6/16/15.  The Order was
signed on 6/5/15 and postmarked on 6/9/15.  I write to request an
extension of the deadline in which to answer the Court.  I am current-
ly in the Special Housing Unit and do not have access to a copy
machine or to the typewriter and law library except in a sporadic
manner.  It took five days to get to use the typewritter to write this
letter.

In addition, I did a motion to reconsider the NH Supreme Court's Order
to disbar me and I have not yet received a response.  Further, I need
access to my court papers which are not with me in here.

Is it possible to extend my deadline to respond to July 31, 2015?

Thank you for your kind consideration in this matter.

                                        Sincerely,

                                        *Lisa Biron*

                                        Lisa Biron

Granted
7/1/15
JSDJ