IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H
FILED

2015 JUL 27 P 12:33

IN THE MATTER OF:
  Lisa Biron, NH Bar #18908
  Date Admitted to USDC Bar: 11/05/2008

DISCIPLINARY PROCEEDINGS
1:12-adr-00012-JL

## MOTION TO STAY PROCEEDINGS

On June 5, 2015 this Court ordered respondent-attorney to show cause within thirty (30) days why this Court should not impose an order, identical to that of the NH Supreme Court, disbarring her from the practice of law.

On July 1, 2015, the Court granted respondent-attorney's motion to extend the deadline to July 31, 2015. In her motion respondent-attorney explained that she had filed a motion to reconsider the NH Supreme Court's order of disbarment and was waiting for its response.

On July 10, 2015, the NH Supreme Court granted the respondent until July 27, 2015 to file a supplemental motion to reconsider and vacate the disbarment order. The respondent will request an extension to file this motion based on the fact that she has no access to NH law of any kind and is waiting for a package from NH containing the rule and applicable case law to prepare her motion.

The respondent-attorney, therefore, requests that this Court stay the instant disciplinary proceedings until the final outcome of the State proceedings.

Respectfully submitted by

7/22/15
Date

*Lisa Biron*
Lisa Biron #12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127

# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

### In Case No. LD-2012-0013, In the Matter of Lisa A. Biron, the court on July 10, 2015, issued the following order:

The respondent has filed a "Motion to reconsider, vacate order, extend response deadline, and for appointment of counsel," in which she requests that the court vacate the disbarment order of May 28, 2015, extend the deadline for her to respond to the court's April 22, 2015 show cause order, and appoint counsel to represent her in this matter.

In requesting that the court reconsider and vacate the disbarment order, the respondent contends that the court incorrectly assumed that her letter of April 28, 2015 was intended to be her response to the court's show cause order, and, therefore, that it erred when it issued the disbarment order before she had an opportunity to respond. The court defers ruling on the respondent's request to reconsider and vacate the disbarment order. On or before July 27, 2015, the respondent may file a supplemental motion to reconsider the court's May 28, 2015 order, in which she shall show cause, as provided in Rule 37(9)(d), why her convictions should not result in her disbarment. If the court determines that the respondent has shown good cause why she should not be disbarred, the disbarment order will be vacated. If the respondent fails to show good cause why she should not be disbarred, the respondent's motion for reconsideration will be denied and the disbarment order will remain in effect.

The respondent's request for appointment of counsel is denied. Rule 37 does not provided for the appointment of counsel in these circumstances. This ruling does not preclude the respondent from retaining counsel, however, should she decide to do so.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**

Distribution:
Professional Conduct Committee
Janet F. DeVito, Esquire
Lisa A. Biron, Esquire
File