UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF:                                    DISCIPLINARY PROCEEDINGS
    Lisa Biron, NH Bar #18908                1:12-adr-00012-JL
    Date Admitted to USDC Bar: 11/05/2008

ORDER OF DISBARMENT

Local Rule (LR) 83.5, DR-3(a) states:

Any attorney admitted to practice before this court shall, upon being subjected to public discipline by any other court of the United States or the District of Columbia, or by a court of any state, territory, commonwealth or possession of the United States, promptly inform the clerk of this court of such action.

No such notice was ever received from the respondent-attorney.

The court was informed on June 1, 2015, by way of a certified copy of an order from the New Hampshire Supreme Court, that respondent was disbarred from the practice of law in the state of New Hampshire. The court issued a show cause order on June 5, 2015. The respondent requested an extension of time to respond, which was granted on June 29, 2015, giving respondent until July 31, 2015. The respondent filed a Motion to Stay Proceedings on July 27, 2015, which the court denied on July 31, 2015.

In accordance with Local Rule 83.5, DR-3, Lisa Biron is herewith disbarred from the bar of the United States District Court for the District of New Hampshire.

SO ORDERED.

Dated: August 3, 2015

_____
Chief Judge Joseph N. Laplante

cc:    Lisa Biron
       Federal Medical Center - Carswell
       Inmate #12775-049
       P.O. Box 27137
       Fort Worth, TX 76127